**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **NOVELPOINT SECURITY LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:13-cv-00095-JRG |
| v. | § | |
| | § | |
| **WESTERN DIGITAL CORPORATION,** | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF APPEARANCE OF CHAO "WENDY" WANG

Defendant Western Digital Corporation hereby notifies the Court and all parties of record that Chao "Wendy" Wang, of Kasowitz, Benson, Torres & Friedman LLP, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, CA 94065; Telephone (650) 453-5170; Facsimile (650) 453-5171; cwang@kasowitz.com will be appearing as an attorney of record on its behalf.

March 13, 2013

Respectfully submitted,

/s/   Chao "Wendy" Wang
Chao "Wendy" Wang
cwang@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel:  (650) 453-5170
Fax:  (650) 453-5171

Attorney for Defendant
Western Digital Corporation

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A) on March 13, 2013.

>                     */s/     Chao "Wendy" Wang*
>                     Chao "Wendy" Wang